THE JEWISH CONSUMPTIVES' RELIEF SOCIETY, Respondent, *v.* TOWN OF WOODBURY et al., Appellants.

(Argued April 9, 1931; decided May 12, 1931.)

*William D. Cunningham* and *Percy V. D. Gott* for appellants.

*Hamilton Ward* and *Martin H. Latner* for respondent.

*John J. Bennett, Jr., Attorney-General (Edward F. Spitz* of counsel), for State Department of Health et al., intervener.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.